AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:25MJ149 |
| Joseph Ray Robertson | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 9, 2024 - May 13, 2024___ in the county of ___Denton___ in the ___Eastern___ District of ___Texas___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation of Minors with Intent To Engage in Criminal Sexual Activity. |

This criminal complaint is based on these facts:

See SA Keaton B. Henriksen FBI's affidavit attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Keaton B. Henriksen, FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 41(d)(3).

Date:   ___06/02/2025___

_____   06/02/2025 10:15 AM
*Judge's signature*

City and state:   ___Sherman, Texas___

Hon. Aileen Goldman Durrett, U.S. Magistrate Judge
*Printed name and title*