IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

JUN 1 1 2025

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:25CR 123 |
| | § | Judge SDJ / AGD |
| JOSEPH RAY ROBERTSON | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation:  18 U.S.C. § 2423(a)
(Transportation of minors)

Between on or about May 9, 2024, and on or about May 13, 2024, in the Eastern District of Texas and elsewhere, **Joseph Ray Robertson**, defendant, did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child by Penetration of the Anus or Sexual Organ, a criminal offense under Tex. Pen. Code § 22.011(a)(2)(A).

All in violation of 18 U.S.C. § 2423(a).

### Count Two

Violation:  18 U.S.C. § 2423(a)
(Transportation of minors)

Between on or about July 4, 2024, and on or about July 7, 2024, in the Eastern District of Texas and elsewhere, **Joseph Ray Robertson**, defendant, did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign

commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child by Penetration of the Anus or Sexual Organ, a criminal offense under Tex. Pen. Code § 22.011(a)(2)(A).

All in violation of 18 U.S.C. § 2423(a).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendant, **Joseph Ray Robertson**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. Black Google Pixel 9 Pro XL cellular phone, bearing IMEI # 358853841541873;
2. White and red animal costume including the head, torso, hands, feet, and tail (adult-sized), wherever they may be located;
3. Black and gold animal costume head;
4. Maroon and black animal costume, including hands, tail, and feet;
5. Furry convention credentials, character badges, and souvenirs;
6. One leash;
7. Bondage straps;
8. Gray Asus Model M415D laptop computer, bearing serial number N9N0CV13K75839D; and
9. White Asus Tuf gaming desktop computer, bearing serial number LCEC10131110.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

1. any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

Indictment – Page 2

2.      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

3.      any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2428(a)(1).

A TRUE BILL

_____CJ_____
GRAND JURY FOREPERSON

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

MARISA J. MILLER
Assistant United States Attorney

Date: 6/11/2025

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA    §
                            §
v.                          §    No. 4:25CR 123
                            §    Judge   SDJ / AGD
JOSEPH RAY ROBERTSON        §

## NOTICE OF PENALTY

### Counts One and Two

Violation:        18 U.S.C. § 2423(a)

Penalty:          Imprisonment for not less than 10 years and not more than
                  life; a fine of not more than $250,000; and a term of
                  supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment:   $ 5,000.00

Notice of Penalty - Page 1