IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  4:25R123 |
| v. | § | Judge Jordan |
| | § | |
| JOSEPH RAY ROBERTSON | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Joseph Ray Robertson (Robertson)**, is charged in Count One of the Indictment with a violation of 18 U.S.C. § 2423(a) (Transportation of Minors).  The elements of the offenses that the government must prove beyond a reasonable doubt, but that **Robertson** would admit if his plea is accepted, are:

1. The defendant knowingly transported an individual in interstate or foreign commerce;

2. The individual was under 18 years of age when the transportation took place; and

3. The defendant intended that the individual engage in sexual activity for which any person can be charged with a criminal offense.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY


/s/
MARISA J. MILLER
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972)509-1201
Marisa.Miller@usdoj.gov


## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served by electronic filing to opposing counsel on January 9, 2026.


/s/
Marisa J. Miller