IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:25CR123 |
| v. | § | Judge Jordan |
| | § | |
| JOSEPH RAY ROBERTSON | § | |

## **FACTUAL BASIS**

The defendant, **Joseph Ray Robertson**, stipulates and agrees that the following facts are true and correct:

1.    The defendant, **Joseph Ray Robertson (Robertson)**, who is changing his plea to guilty, admits that he is the individual charged in the First Superseding Indictment.

2.    As charged in Count One of the First Superseding Indictment, between on or about May 9, 2024, and on or about May 13, 2024, in the Eastern District of Texas, **Robertson** did knowingly transport an individual who had not attained the age of 18 years in interstate commerce, with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense.

3.    Specifically, on May 9, 2024, **Robertson** knowingly transported Victim 1 from Frisco, Texas, within the Eastern District of Texas, to Atlanta, Georgia. **Robertson** purchased plane tickets and flew with Victim 1 to Atlanta, in order to attend the 2024 Furry Weekend, a convention for individuals who enjoy animal characters with human characteristics.

4.    **Robertson** acknowledges that at all times relevant to the indictment, Victim 1 was a minor under the age of 18 years old.

5.    **Robertson** further admits that he was a parent, relative, or legal guardian of Victim 1, or that Victim 1 was otherwise in his custody, care, or supervisory control. Robertson acknowledges that he knew or should have known that Victim 1 was vulnerable at the time he transported Victim 1 to Atlanta.

6.    **Robertson** admits that he engaged in sexual activity with Victim 1 that would constitute a violation of the laws of the State of Georgia, including violations of Ga. Code Ann. § 16-6-2 (Sodomy), Ga. Code Ann. § 16-6-4 (Child Molestation); as well as violations Texas law, including Texas Penal Code Section 22.011(a)(2)(A), Sexual Assault of a Child by Penetration of the Anus or Sexual Organ.

7.    **Robertson** admits that he engaged in illegal sexual activity with Victim 1 on more than one occasion.

8.    And finally, **Robertson** admits that, by causing Victim 1 to fly from the Eastern District of Texas to Atlanta, Georgia, he caused Victim 1 to be transported in interstate commerce.

### SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT
### JOSEPH RAY ROBERTSON

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: ___1/5/2026___          _____

JOSEPH RAY ROBERTSON
Defendant

2

## SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 1/25/2026

BRIAN G. O'SHEA
Attorney for the Defendant