# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

## TRANSFER ORDER

The following defendant is hereby TRANSFERRED to the docket of the

Honorable Richard A. Schell:

1.    *United States of America v. Joseph Ray Robertson, 4:25cr123(1).*


**So ORDERED and SIGNED this 17th day of June, 2026.**


_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE